JUDGE ENGELMAYER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA : | **SEALED INFORMATION** |
| v. : | **16 CRIM 373** |
| TIMOTHY PARIETTI : | |
| Defendant. : | |

COUNT ONE
(Conspiracy to Commit Wire Fraud and Bank Fraud)

The Department of Justice charges:

1. From at least in or about 2005 through at least in or about 2011, in the Southern District of New York and elsewhere, TIMOTHY PARIETTI, the defendant, together with others known and unknown, did knowingly combine, conspire, confederate, and agree to commit certain offenses against the United States, that is:

(A) to devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and to transmit and cause to be transmitted certain wire communications in interstate and foreign commerce for the purpose of executing the scheme, all affecting a financial institution; to wit, the defendant and others engaged in a scheme to manipulate and attempt to manipulate to their advantage the benchmark interest rates referenced by derivative products throughout the financial industry, by the dissemination, and submission, of false



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/16

1

and fraudulent statements intended to influence and manipulate the benchmark interest rates to which the profitability of their interest rate derivative trades were tied, in violation of Title 18, United States Code, Section 1343; and

(B) to execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits for which were at the time insured by the FDIC; and to obtain and attempt to obtain moneys, funds, credits, assets, and other properties owned by and under the custody and control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises; to wit, the defendant and others engaged in a scheme to manipulate and attempt to manipulate to their advantage the benchmark interest rates referenced by derivative products throughout the financial industry, by the dissemination, and submission, of false and fraudulent statements intended to influence and manipulate the benchmark interest rates to which the profitability of their interest rate derivative trades, and the related profitability of interest rate derivative trades held by other financial institutions, were tied, in violation of Title 18, United States Code, Section 1344.

2. It was a part and an object of the conspiracy that TIMOTHY PARIETTI, the defendant, and others known and unknown, engaged in a scheme to manipulate and attempt to manipulate a benchmark interest rate known as the London Interbank Offered Rate (LIBOR), to which was tied the profitability of interest rate derivative trades in which the defendant and others had a financial interest. The scheme had an effect on one or more financial institutions, within the meaning of Title 18, United States Code, Sections 20 and 3293(2).

(Title 18, United States Code, Section 1349)

## FORFEITURE ALLEGATION

3.    As a result of committing the offense alleged in Count One of this Information, TIMOTHY PARIETTI, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the offense alleged in Count One of this Information.

### Substitute Asset Provision

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18 United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982 and Title 18, United States Code, Section 1349)

ANDREW WEISSMANN  
Chief, Fraud Section  
Criminal Division  
United States Department of Justice

*/s/ Richard A. Powers*  
CAROL L. SIPPERLY  
Senior Litigation Counsel  
ALISON L. ANDERSON  
RICHARD A. POWERS  
Trial Attorneys  
Criminal Division, Fraud Section  
United States Department of Justice

JEFFREY D. MARTINO  
Chief, New York Office  
Antitrust Division  
United States Department of Justice

*/s/ Daniel Tracer*  
DANIEL M. TRACER  
Trial Attorney  
Antitrust Division  
United States Department of Justice

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v -

**Timothy Parietti,**

**Defendant.**

### SEALED INFORMATION

16 Cr.

(Title 18, United States Code, Section 1349)

ANDREW WEISSMANN
Chief, Fraud Section
Criminal Division
U.S. Dept. of Justice

JEFFREY D. MARTINO
Chief, New York Office
Antitrust Division
U.S. Dept. of Justice